FILE COPY



BRIAN QUINN
Chief Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

ALEX YARBROUGH
Justice

# Court of Appeals

### Seventh District of Texas
### Potter County Courts Building
### 501 S. Fillmore, Suite 2-A
### Amarillo, Texas 79101-2449
### www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 20, 2023

Steven W. Conder
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 West Belknap Street, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Bryant Cabrera
CABRERA LAW FIRM, P.L.L.C.
2888 Medlin Drive
Arlington, TX 76015
* DELIVERED VIA E-MAIL *

Darwin Gerod Grant
TDCJ-ID#02411436
Preston E. Smith Unit
1313 CR 19
Lamesa, TX 79331

**RE:**     Case Number:  07-22-00291-CR, 07-22-00292-CR
            Trial Court Case Number:  1610010D, 1700424D

**Style:**   Darwin Gerod Grant Jr. v. The State of Texas

Dear Mr. Conder, Mr. Cabrera, and Mr. Grant:

The Court this day issued an opinion and judgments in the referenced appeals. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:     Honorable Elizabeth Beach (DELIVERED VIA E-MAIL)
        Thomas A. Wilder (DELIVERED VIA E-MAIL)